AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Northern District of California___ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:21-cv-09797 | DATE FILED<br>12/20/2021 | U.S. DISTRICT COURT<br>for the Northern District of California |
|---|---|---|
| PLAINTIFF<br>META PLATFORMS, INC.; INSTAGRAM, LLC; and WHATSAPP LLC | | DEFENDANT<br>DOES 1-100 |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See Attachment |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

**META PLATFORMS, INC.; INSTAGRAM, LLC; AND WHATSAPP LLC V. DOES 1-100**

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

**Form AO 120 Attachment**

| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
| --- | --- | --- |
| 4863595 | 12/01/2015 | Instagram, LLC |
| 4856047 | 11/17/2015 | Instagram, LLC |
| 4827509 | 10/06/2015 | Instagram, LLC |
| 5566030 | 09/18/2018 | Instagram, LLC |
| 4795634 | 08/18/2015 | Instagram, LLC |
| 4359872 | 07/02/2013 | WhatsApp LLC |
| 5520067 | 07/17/2018 | WhatsApp LLC |
| 3939463 | 04/05/2011 | WhatsApp LLC |
| 4083272 | 01/10/2012 | WhatsApp LLC |
| 5492738 | 06/12/2018 | WhatsApp LLC |
| 3934743 | 03/22/2011 | Meta Platforms, Inc. |
| 3814888 | 07/06/2010 | Meta Platforms, Inc. |
| 3734637 | 01/05/2010 | Meta Platforms, Inc. |
| 3801147 | 06/08/2010 | Meta Platforms, Inc. |

| | | |
|---|---|---|
| 3041791 | 01/10/2006 | Meta Platforms, Inc. |
| 4471161 | 01/21/2014 | Meta Platforms, Inc. |
| 4339123 | 05/21/2013 | Meta Platforms, Inc. |
| 4392662 | 08/27/2013 | Meta Platforms, Inc. |
| 4449195 | 12/10/2013 | Meta Platforms, Inc. |
| 4099518 | 02/14/2012 | Meta Platforms, Inc. |
| 4102822 | 02/21/2012 | Meta Platforms, Inc. |
| 4102823 | 02/21/2012 | Meta Platforms, Inc. |
| 4102824 | 02/21/2012 | Meta Platforms, Inc. |
| 4639783 | 11/18/2014 | Meta Platforms, Inc. |