Bonnie MacNaughton (Bar No. 107402)
Grant Damon-Feng (Bar No. 319451)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:   bonniemacnaughton@dwt.com
         grantdamonfeng@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:   jakefreed@dwt.com

Attorneys for Plaintiffs
META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation, INSTAGRAM, LLC, a Delaware limited liability company, and WHATSAPP LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-100,<br>        Defendants. | Case No. 3:21-cv-09797-LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** |

THIS CAUSE comes before the Court on the Motion for Expedited Discovery (the "Motion") filed by Meta Platforms, Inc. ("Meta") (formerly known as Facebook, Inc.), Instagram, LLC, and WhatsApp LLC (collectively, "Plaintiffs"). The Court being fully advised, it is:

ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve the proposed Rule 45 subpoena attached to the MacNaughton Declaration filed in support of the Motion on Ngrok to obtain information associated with the Phishing Websites and URLs used in

Defendants' unlawful phishing scheme.

      3.     Plaintiffs are granted leave to serve additional Rule 45 subpoenas on any other parties with relevant attribution information identified from Ngrok's subpoena responses for the limited purpose of identifying the Defendants.

IT IS SO ORDERED.

Dated: _____

LAUREL BEELER
United States Magistrate Judge