Bonnie MacNaughton (Bar No. 107402)
Grant Damon-Feng (Bar No. 319451)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:   (206) 622-3150
Facsimile:    (206) 757-7700
Email:         bonniemacnaughton@dwt.com
                   grantdamonfeng@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         jakefreed@dwt.com

Attorneys for Plaintiffs
META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| META PLATFORMS, INC., a Delaware corporation, INSTAGRAM, LLC, a Delaware limited liability company, and WHATSAPP LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-100,<br><br>Defendants. | Case No.  3:21-cv-09797-LB<br><br>**NOTICE OF APPEARANCE** |
|---|---|

1

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, META PLATFORMS, Inc., INSTAGRAM, LLC, and WHATSAPP LLC, hereby appears in the above-entitled action by and through Grant Damon-Feng of DAVIS WRIGHT TREMAINE LLP and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon these attorneys at both of the addresses and email addresses above stated.

DATED: December 21, 2021

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiffs

By *s/ Grant Damon-Feng*

John D. Freed (Bar No. 261518)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Bonnie E. MacNaughton, (Bar No. 107402)
Grant Damon-Feng (Bar No. 319451)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700


Platform Enforcement and Litigation
Jessica Romero
Stacy Chen
Jimmy Doan
Robert O'Loughlin