Bonnie MacNaughton (Bar No. 107402)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:      (206) 622-3150
Facsimile:      (206) 757-7700
Email:          bonniemacnaughton@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:      (415) 276-6500
Facsimile:      (415) 276-6599
Email:          jakefreed@dwt.com

Grant Damon-Fend (Bar No. 319451)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone:      (212) 603-6479
Facsimile:      (212) 489-8340
Email:          grantdamonfeng@dwt.com

Attorneys for Plaintiffs
META PLATFORMS, INC., INSTAGRAM, LLC, and WHATSAPP LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation, INSTAGRAM, LLC, a Delaware limited liability company, and WHATSAPP LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DOES 1-100,<br>                    Defendants. | Case No.  3:21-cv-09797-LB<br><br>**PLAINTIFFS' STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: December 20, 2021 |

Plaintiffs Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC (collectively, "Plaintiffs") respectfully submit the following status report and request to continue the Initial Case Management Conference in lieu of the Case Management Statement required by the Clerk's Notice Resetting Case Management Conference entered on March 7, 2022 (ECF No. 16).

**Plaintiffs' Status.**  Plaintiffs filed this lawsuit alleging claims against unknown parties operating an unlawful phishing scheme in which they have used over 39,000 websites to impersonate the login pages of Plaintiffs' Facebook, Messenger, Instagram, and WhatsApp services (the "Phishing Websites").  The Phishing Websites display Plaintiffs' registered trademarks and prompt visitors to input personal information, including their legitimate Facebook, Messenger, Instagram, and WhatsApp account credentials, which the Defendants then collect for their own benefit.  The Defendants' Phishing Websites have no affiliation with Plaintiffs, and Defendants have no authority to use Plaintiffs' brands.

Despite Plaintiffs' diligent efforts, Plaintiffs have not yet determined the identities of the Defendants.  As explained in Plaintiffs' Complaint (ECF No. 1) and expedited discovery motion (ECF No. 5), the Defendants use the services of the cloud company Ngrok, Inc. ("Ngrok") to hide their identities and prolong their phishing attacks.  Plaintiffs have expended and continue to expend substantial resources to uncover Defendants' identities.  Under this Court's expedited discovery order (ECF No. 11), for example, Plaintiffs served an initial subpoena on Ngrok on January 4, 2022, seeking records related to the approximately 39,000 Phishing Websites. Plaintiffs received a sizeable initial production from Ngrok on February 14, 2022, and have been in frequent communication with Ngrok to analyze the production and identify additional sources of relevant information about the Defendants.  Plaintiffs have also continued to monitor for new Phishing Websites and, on May 12, 2022, served a second subpoena on Ngrok seeking records related to newly uncovered Phishing Websites.  At Ngrok's request, Plaintiffs agreed to extend the date for Ngrok's compliance with the second subpoena to June 27, 2022.

Based on the records provided by Ngrok and Plaintiffs' follow-up investigations, Plaintiffs plan to serve additional subpoenas on a payment service provider and telecommunications carriers used by the Defendants.  This additional discovery is intended to enable Plaintiffs to identify Defendants.

**Request for Continuance of Case Management Conference**.  As discussed above, Plaintiffs have not yet identified, named, or served Defendants in this matter.  Accordingly, Defendants have not yet entered an appearance, consented to proceed before a Magistrate Judge,

PLAINTIFFS' STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE
Case No. 3:21-cv-09797

or received notice of the Initial Case Management Conference currently scheduled for June 30, 2022.  For these reasons, Plaintiffs request a continuance of the Initial CMC by approximately 90 days, to September 28, 2022.

### 1.   Efforts to Obtain a Stipulation

Because Plaintiffs have not yet identified Defendants, Plaintiffs have not been able to confer with Defendants regarding this request to continue the Initial CMC.

### 2.   Previous Time Modifications

This is Plaintiffs' first request to continue a conference date or deadline in this matter. The Court previously rescheduled the Initial CMC *sua sponte* on March 7, 2022 (ECF No. 16).

### 3.   Effect on Case Management Schedule

As provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 9), continuing the Initial CMC to September 28, 2022, would automatically continue the deadline to meet and confer with Defendants and ADR Certification filing deadline to September 7, 2022, 21 days in advance of the Initial CMC; and continue the Rule 26(f) Report filing deadline to September 21, 2022, 7 days in advance of the Initial CMC.

//

DATED this 17th day of June, 2022.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiffs

By *s/ Bonnie E. MacNaughton*
Bonnie E. MacNaughton, (Bar No. 107402)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

John D. Freed (Bar No. 261518)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

PLAINTIFFS' STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. 3:21-cv-09797

1

2          Grant Damon-Feng (Bar No. 319451)
           1251 Avenue of the Americas, 21st Floor
3          New York, NY 10020
           Telephone: (212) 603-6479
4          Facsimile: (212) 489-8340

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE
Case No. 3:21-cv-09797